

**South Coast Renovations Inc**

413 East Hull Street
Savannah, Ga. 31401

www.Builtbysouthcoast.com

T. Holmes Ramsey, Jr.
121 Tillman Pond Road
Statesboro, GA 30459

# Estimate

| Date | Estimate # |
|---|---|
| 11/16/2010 | 1168 |

| Job Site |
|---|
| Tillman Park |

| Description | Total |
|---|---|
| Stucco repairs to walls and to parapet walls above roof lines as outlined in the DRC Inspections repair cost budget; analysis as TBD. These deficiencies are also notated in the Inspection Summary prepared by DRC Inspections. | 6,400.00 |
| All labor and materials to remove parapet caps and existing stucco to expose structural damages. | |
| Repair structural damages to framing, roof and sheathing as required. | 6,680.00 |
| Labor and materials to install color matched stucco system; including the use of Guardian Waterproof Coating adhesive and base coat. This will insure a waterproof system. | 15,600.00 |
| Labor and materials to furnish and install new parapet caps to match existing; 1,390 square feet. | 10,425.00 |

It has been a pleasure to provide this estimate. We look foward to working with you in the near future and thank you in advance for your business.

**Total**    $39,105.00

EXHIBIT C



# Estimate

| Date | Estimate # |
|---|---|
| 11/16/2010 | 1169 |

**South Coast Renovations Inc**

413 East Hull Street
Savannah, Ga. 31401

www.Builtbysouthcoast.com

T. Holmes Ramsey, Jr.
121 Tillman Pond Road
Statesboro, GA 30459

| Job Site |
|---|
| Tillman Park |

| Description | Total |
|---|---|
| All roof repairs as per the DRC Inspections general observatory - entire property report. Please see inspection summary for details. | 21,600.00 |
| Price includes all labor and materials to correct roof deficiencies including new flashing at parapet walls as well as all deficiencies observed on our site inspections and all items listed in DRC Inspections summary report. | |

| It has been a pleasure to provide this estimate. We look foward to working with you in the near future and thank you in advance for your business. | **Total** | $21,600.00 |
|---|---|---|



**South Coast Renovations Inc**

413 East Hull Street
Savannah, Ga. 31401

www.Builtbysouthcoast.com

T. Holmes Ramsey, Jr.
121 Tillman Pond Road
Statesboro, GA 30459

# Estimate

| Date | Estimate # |
|---|---|
| 11/16/2010 | 1170 |

| Job Site |
|---|
| Tillman Park |

| Description | Total |
|---|---|
| Radius porch repairs. | 14,310.00 |
| Labor and materials necessary to correct the damaged porch radius. Remove damaged framing materials and re-frame and re-roof with suitable and sustainable materials. The wrong materials were used and then someone attempted to cover up the rotten headers. Prior materials used are deluminating and deteriorating. | |

It has been a pleasure to provide this estimate. We look foward to working with you in the near future and thank you in advance for your business.

| **Total** | **$14,310.00** |
|---|---|



**South Coast Renovations Inc**

413 East Hull Street
Savannah, Ga. 31401

www.Builtbysouthcoast.com

T. Holmes Ramsey, Jr.
121 Tillman Pond Road
Statesboro, GA 30459

# Estimate

| Date | Estimate # |
|---|---|
| 11/16/2010 | 1171 |

| Job Site |
|---|
| Tillman Park |

| Description | Total |
|---|---|
| Labor and material to replace the foundation vents. | 8,960.00 |
| The vents installed are designed for vinyl siding. These are the wrong vents for masonry applications. They are not sealed and will leak. | |
| Correct vents furnished and installed in 4 buildings. | |

It has been a pleasure to provide this estimate. We look foward to working with you in the near future and thank you in advance for your business.

| **Total** | **$8,960.00** |
|---|---|



**South Coast Renovations Inc**

413 East Hull Street
Savannah, Ga. 31401

www.Builtbysouthcoast.com

T. Holmes Ramsey, Jr.
121 Tillman Pond Road
Statesboro, GA 30459

# Estimate

| Date | Estimate # |
|---|---|
| 11/16/2010 | 1172 |

| Job Site |
|---|
| Tillman Park |

| Description | Total |
|---|---|
| Exterior painting needed to be performed after the repairs and sealants are applied as per the inspection reports and repair budget analysis performed by DRC Inspecting Consultants. | 37,700.00 |
| Prince includes re-painting all previously painted surfaces except stucco. Stucco will only be touched up with color matched paint where sealants are applied or where flashing are installed. The only stucco walls to be completely painted are the ones where large cracks are being repaired. These are being painted to ensure color match. Just corner to corner not the entire buildings. | |
| This estimate includes all materials and labor for all buildings. | |

It has been a pleasure to provide this estimate. We look foward to working with you in the near future and thank you in advance for your business.

| Total | $37,700.00 |
|---|---|



**South Coast Renovations Inc**

413 East Hull Street
Savannah, Ga. 31401

www.Builtbysouthcoast.com

T. Holmes Ramsey, Jr.
121 Tillman Pond Road
Statesboro, GA 30459

# Estimate

| Date | Estimate # |
|---|---|
| 11/16/2010 | 1173 |

| Job Site |
|---|
| Tillman Park |

| Description | Total |
|---|---:|
| Gutters needed to control water run off from buildings as per DRC Inspecting Consultants repair cost budget analysis. | |
| Building 100 - 200 LF plus downspouts | 2,400.00 |
| Building 200 - 68 LF plus downspouts | 810.00 |
| Building 300 - 84 LF plus downspouts | 1,250.00 |
| Building 400 - 84 LF plus downspouts | 1,250.00 |
| Building 500 - 68 LF plus downspouts | 810.00 |
| Building 600 - 200 LF plus downspouts | 2,400.00 |
| Building 700 - 405 LF plus downspouts | 4,230.00 |
| Building 800 - 584 LF plus downspouts | 5,580.00 |
| Building 900 - 584 LF plus downspouts | 5,580.00 |
| Pool House - 171 LF plus downspouts | 2,180.00 |

It has been a pleasure to provide this estimate. We look foward to working with you in the near future and thank you in advance for your business.

| Total | $26,490.00 |
|---|---:|



# Estimate

| Date | Estimate # |
|---|---|
| 7/3/2010 | 1139 |

**South Coast Renovations Inc**

413 East Hull Street
Savannah, Ga. 31401

www.Builtbysouthcoast.com

T. Holmes Ramsey, Jr.
Tillman Park
121 Tillman Pond Road
Statesboro, GA 30459

| Job Site |
|---|
| Tillman Park |

| Description | Total |
|---|---|
| Below is an estimate of your exterior remediation project as reported by DRC Inspections & Consulting in the "Property Deficiencies Overview". | |
| Please note that DRC Inspections and Consulting's report is considered to be comprehensive and thorough. All repairs will be made in accordance to the repair protocol outlined by DRC Inspections. There will be no deviation from DRC's repair protocol. All materials used will be inaccordance to DRC's protocol. | |
| Please note that upon a site visit to the property we met with Mr. Ramsey. He expressed to us his delight with his roofing and gutter contractors. He requested us to meet with them to get a pricing for this project. We have not had a chance to do that. But in keeping with his wishes we have not priced the gutters nor the roof repairs. We have noted them as "NIC" or "Not In Contract" on our spread sheet. We will be happy to coordinate with them on this project as well as meet with them for pricing and foward it to Mr. Ramsey. We will coordinate this work at no charge but will assume that the gutter and roofing contracts will be handled between these sub contractors and the owners. | |
| Please see attached Excel spreadsheet for more details on pricing and quantities. | |
| The price is broken down by building as follows: | |
| Building 100 | 67,459.90 |
| Building 200 | 4,663.30 |
| Building 300 | 5,974.85 |
| Building 400 | 5,974.85 |
| Building 500 | 4,663.30 |
| Building 600 | 68,344.90 |
| It has been a pleasure to provide this estimate. We look foward to working with you in the near future and thank you in advance for your business. | **Total** |



**South Coast Renovations Inc**

413 East Hull Street
Savannah, Ga. 31401

www.Builtbysouthcoast.com

T. Holmes Ramsey, Jr.
Tillman Park
121 Tillman Pond Road
Statesboro, GA 30459

# Estimate

| Date | Estimate # |
|---|---|
| 7/3/2010 | 1139 |

| Job Site |
|---|
| Tillman Park |

| Description | Total |
|---|---|
| Building 700 | 89,782.00 |
| Building 800 | 64,880.50 |
| Building 900 | 79,160.50 |
| Pool House | 13,963.40 |

Again, thank you for this opportunity to bid this project.

Sincerely,

Gregory Laring Alfonso

It has been a pleasure to provide this estimate. We look foward to working with you in the near future and thank you in advance for your business.

**Total** $464,867.50